FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

04 JUN 14 PM 2:23

SIGN
by DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH PATRICK JOHNSON (#318871)

VERSUS                                        CIVIL ACTION

BRIAN MUSE, ET AL                             NUMBER 04-262-B-1

J U D G M E N T

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that the plaintiff's suit be dismissed without prejudice for failure to correct deficiencies in his pleadings.

Baton Rouge, Louisiana, June 14, 2004.

FRANK J. POLOZOLA, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA

Date Docketed
JUN 14 2004
Notices Mailed To:
Johnson
FJP KC
SCR BW
EDM

INITIALS DOCKET#